Anchun Jean Su (DC Bar No. CA285167)
Howard M. Crystal (DC Bar No. 446189)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (202) 849-8399
Emails: jsu@biologicaldiversity.org,
hcrystal@biologicaldiversity.org

Tala DiBenedetto (NY Bar No. 5836994)
P.O. Box 371
Oceanside, NY 11572-0371
Tel: (718) 874-6734, ext. 555
Email: tdibenedetto@biologicaldiversity.org

*Admitted pro hac vice*
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity; and Conservation CATalyst, <br><br> *Plaintiffs*, <br><br> v. <br><br> Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security; and U.S. Customs and Border Protection, <br><br> *Defendants*. | Case No. CV-25-00365-TUC-AMM (JEM) <br><br> **AFFIDAVIT OF SERVICE** |

Pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii) and (i)(2), I hereby certify that on July 9, 2025, copies of the Complaint, court-issued Summons, and Plaintiffs' Certificate of Corporate Disclosures were sent to the following parties via USPS Certified Mail, electronic return receipts requested:

**The Honorable Kristi Noem**
**Secretary of Homeland Security**
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485
(Tracking No. 9589 0710 5270 0011 8111 04)

**Office of the General Counsel**
**U.S. Department of Homeland Security**
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485
(Tracking No. 9589 0710 5270 0011 8110 98)

**Office of Chief Counsel**
**U.S. Customs and Border Protection**
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229
(Tracking No. 9589 0710 5270 0011 8110 67)

**United States Attorney General**
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
(Tracking No. 9589 0710 5270 0011 8110 81)

**United States Attorney for the District of Arizona**
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-4449
(Tracking No 9589 0710 5270 0011 8110 74)

Defendant Kristi Noem received the documents on July 16, 2025. Defendant U.S. Department of Homeland Security received the documents on July 17, 2025. Defendant U.S. Customs and Border Protection received the documents on July 15, 2025. The United

States Attorney General received the documents on July 17, 2025. The United States Attorney for the District of Arizona received the documents on July 12, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 21, 2025                    Respectfully submitted,

*/s/ Libby Williams*
Libby Williams, Staff Paralegal
Center for Biological Diversity
1411 K Street N.W., Suite 1300
Washington, D.C. 20005
Telephone: (857) 415-2934, Ext. 225
Email: lwilliams@biologicaldiversity.org

Anchun Jean Su (DC Bar No. CA285167)
Howard M. Crystal (DC Bar No. 446189)
Center for Biological Diversity
1411 K Street N.W., Suite 1300
Washington, D.C. 20005
Telephone: (202) 849-8399
Emails:     jsu@biologicaldiversity.org
            hcrystal@biologicaldiversity.org
*Admitted Pro Hac Vice*

Tala DiBenedetto (NY Bar No. 5836994)
Center for Biological Diversity
P.O. Box 371
Oceanside, NY 11572-037
Telephone: (718) 874-6734, ext. 555
Email: tdibenedetto@biologicaldiversity.org
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES POSTAL SERVICE**

July 16, 2025

Dear Libby Williams:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0011 8111 04**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | July 16, 2025, 12:40 pm |
| Location: | WASHINGTON, DC 20528 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

**Recipient Signature**

Signature of Recipient: *HOMELAND SEC TONY LHH*

Address of Recipient: *20528*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

■ UNITED STATES POSTAL SERVICE

July 17, 2025

Dear Libby Williams:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0011 8110 98**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | July 17, 2025, 8:10 am |
| Location: | WASHINGTON, DC 20528 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

**Recipient Signature**

Signature of Recipient: HOMELAND SEC. TONY KIA

Address of Recipient: 20528

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



July 15, 2025

Dear Libby Williams:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0011 8110 67**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | July 15, 2025, 7:41 am |
| Location: | WASHINGTON, DC 20229 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

**Recipient Signature**

Signature of Recipient: *Jose M Reyes*

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

July 17, 2025

Dear Libby Williams:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0011 8110 81**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | July 17, 2025, 5:41 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES POSTAL SERVICE

July 12, 2025

Dear Libby Williams:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0011 8110 74**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | July 12, 2025, 4:29 pm |
| Location: | PHOENIX, AZ 85004 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 40 N CENTRAL AVE STE 1800 |
| City, State ZIP Code: | PHOENIX, AZ 85004-4449 |

**Recipient Signature**

Signature of Recipient: [signature image]

Address of Recipient: [handwritten: 40 N CENTRAL STE]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004