# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-25-00365-TUC-AMM (JEM) |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Motion for Briefing Schedule wherein the parties put forth an agreed upon briefing schedule related to Plaintiff's filed motion for summary judgment. (Doc. 16.) In their joint motion, the parties report their belief that the case can be resolved on summary judgment. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion for Briefing Schedule (Doc. 16).

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment shall be filed by **August 29, 2025**, Plaintiffs' Reply in support of their Motion for Summary Judgment and opposition to Defendants' Motion for Summary Judgment shall be filed by **September 19, 2025**, and Defendants' Reply in Support of Motion for Summary Judgment shall be filed by **October 3, 2025**.

**IT IS FUTHER ORDERED HOLDING IN ABEYANCE** Defendants' obligation

to respond to Plaintiffs' complaint under Rule 12 of the Federal Rules of Civil Procedure pending the district court's resolution of the parties' motions for summary judgment or further order of the court.

Dated this 11th day of August, 2025.

_____
James E. Marner
United States Magistrate Judge