Anchun Jean Su (DC Bar No. CA285167)
Howard M. Crystal (DC Bar No. 446189)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (202) 849-8399
Emails: jsu@biologicaldiversity.org,
hcrystal@biologicaldiversity.org
*Admitted Pro Hac Vice*

Tala DiBenedetto (NY Bar No. 5836994)
P.O. Box 371
Oceanside, NY 11572-0371
Tel: (718) 874-6734, ext. 555
Email: tdibenedetto@biologicaldiversity.org
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity; and Conservation CATalyst,<br><br>*Plaintiffs*,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security; and U.S. Customs and Border Protection,<br><br>*Defendants*. | Case No. CV-00365-TUC-AMM (JEM)<br><br>**PLAINTIFFS' CONTROVERTING STATEMENT OF FACTS** |

In accordance with LRCiv 56.1(b), Plaintiffs hereby submit this controverting statement of facts in response to Defendants' Statement of Facts, ECF No. 19 ("SOF"):

1. Plaintiffs do not dispute SOF ¶ 1.

2. Plaintiffs do not dispute SOF ¶ 2.

3. Plaintiffs do not dispute that the Secretary made a determination that the U.S. Border Patrol Tucson Sector is "an area of high illegal entry." SOF ¶ 3. However, given that neither Congress nor the Secretary provided any criteria or standards regarding what constitutes "an area of high illegal entry," Plaintiffs cannot speak to the veracity of the Secretary's determination.

4. Plaintiffs do not dispute that the Secretary made a determination that there is "an acute and immediate need to construct additional physical barriers and roads in the vicinity of the border of the United States in order to prevent unlawful entries into the United States in the project area pursuant to section 102(a) of IIRIRA." SOF ¶ 4. However, because neither Congress nor the Secretary set forth standards or provide guidance regarding when such construction is necessary, Plaintiffs cannot speak to the veracity of the Secretary's determination.

5. Plaintiffs do not dispute that the Secretary made a determination that "exercise of waiver authority under the IIRIRA was necessary 'to ensure the expeditious construction of the barriers and roads in the project area[.]'" SOF ¶ 5. However, given that neither Congress nor the Secretary provided definitions or guidance regarding the terms "necessary" and "expeditious," Plaintiffs cannot speak to the veracity of the Secretary's determination.

6. Plaintiffs do not dispute SOF ¶ 6.

7. Plaintiffs do not dispute that the Secretary's waiver included the statutes listed in SOF ¶ 7 and "all federal, state, or other laws, regulations, and legal requirements of, deriving from, or related to the subject of" those statutes. However, Plaintiffs highlight that Defendants omitted from their list the National Environmental Policy Act, 42 U.S.C. § 4231 *et seq.*, which the Secretary enumerated in the waiver determination. Su Decl., Ex. 1, ECF No. 11-4, at 5-6. *See also*, Pls.' Statement of Facts, ECF No. 11-3 ¶ 4 (listing the National Environmental Policy Act as one of the statutes waived); Defs.' Controverting Statement of Facts, ECF No. 20 ¶ 4 ("Defendants do not dispute [Plaintiffs'] SOF ¶ 4").

Dated: September 19, 2025                    Respectfully submitted,


*/s/ Anchun Jean Su*
Anchun Jean Su (DC Bar No. CA285167)
Howard M. Crystal (DC Bar No. 446189)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (202) 849-8399
Emails: jsu@biologicaldiversity.org,
hcrystal@biologicaldiversity.org
*Admitted Pro Hac Vice*

Tala DiBenedetto (NY Bar No. 5836994)
P.O. Box 371
Oceanside, NY 11572-0371
Tel: (718) 874-6734, ext. 555
Email: tdibenedetto@biologicaldiversity.org
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*