# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., | No. CV-25-00365-TUC-AMM (JEM) |
| Plaintiffs, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion for a Stay of Defendants' Reply Deadline In Light of Lapse of Appropriations. (Doc. 23.) Defendants inform the Court that "[a]t the end of the day on September 30, 2025, the appropriations act that […] fund[ed] the Department of Justice expired and […] appropriations to the Department lapsed." *Id*. at p. 1. Defendants further state that "[a]bsent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including 'emergencies involving the safety of human life or the protection of property.'" *Id*. at p. 2. Accordingly, Defendants seek a stay of the briefing in this matter until Department of Justice attorneys are permitted to resume their usual litigation functions. *Id*.

Plaintiffs oppose Defendants' request for a stay. (Doc. 23 at p. 2.) The Court will order Plaintiffs to file their objection by **Friday, October 3, 2025**. Accordingly,

**IT IS HEREBY ORDERED DIRECTING** Plaintiffs to file their objection to Defendants' Motion for a Stay of Defendants' Reply Deadline In Light of Lapse of Appropriations by **Friday, October 3, 2025**.

Dated this 1st day of October, 2025.

_____
James E. Marner
United States Magistrate Judge