BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

ALEXANDER J. YUN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
202-674-0255
Alex.Yun@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official Capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | 4:25-cv-00365-AMM-TUC<br><br>**MOTION TO CONTINUE STAY OF DEFENDANTS' REPLY DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS** |

Defendants Kristi Noem, U.S. Department of Homeland Security, and U.S. Customs and Border Protection hereby move for a continuance of the stay of Defendants' Reply deadline in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. On October 6, 2025, this Court granted a stay of the Defendants' reply deadline to file a memorandum in support of their motion for summary judgment until Congress restored appropriations to the Department. ECF No. 26. The Court further instructed Defendants to move for a continuance of the stay should appropriations remain lapsed on October 31, 2025. *Id.* Undersigned counsel for the Department of Justice therefore requests a continuance of the stay of Defendants' deadline to file a reply memorandum.

4. If this continuance of the stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a continuance of the stay of Defendants' Reply deadline in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: November 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

/s/ Alexander J. Yun
ALEXANDER J. YUN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*