# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al., <br>     Plaintiffs, <br> v. <br> Kristi Noem, et al., <br>     Defendants. | No. CV-25-00365-TUC-AMM <br><br> **ORDER** |

Pending before the Court is Defendants' Stipulated Motion for Extension. (Doc. 33.) Having considered the motion, and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion for Extension is **GRANTED**. (Doc. 33.) Defendants may respond to Plaintiffs' Objections to the Report and Recommendation on or before **January 8, 2026**.

Dated this 16th day of December, 2025.

Honorable Angela M. Martinez
United States District Judge